**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

HILL AEROSPACE & DEFENSE, LLC;

LOGISTICAL SUPPORT, LLC

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

**CASE NO. 03-2230C**
Judge Mary Ellen Coster Williams

**PLAINTIFF MOTION TO WITHDRAW COMPLAINT**

Plaintiff, Hill Aerospace & Defense, LLC, and plaintiff, Logistical Support LLC, make the following motion:

1. The above plaintiffs, Hill Aerospace & Defense, LLC, and Logistical Support LLC, wish to withdraw their above referenced complaint at this time and request that the Court allow such without prejudice to the plaintiffs.

2. Plaintiffs submitted the Motion to Withdraw Complaint on November 21, 2003 via facsimile and overnight service with service of a copy to this Court and to the attorney of record for the United States, James Poirier.

3. Plaintiffs file electronically the Motion to Withdraw Complaint on December 12, 2003.

WHEREFORE, plaintiffs request that this Court allow plaintiffs to withdraw their complaint without prejudice.

Dated: December 12, 2003

Logistical Support, LLC

Hill Aerospace and Defense LLC
S/ Cynthia Malyszek

CYNTHIA MALYSZEK
Attorney
Malyszek & Malyszek
10100 Santa Monica Blvd.
Suite 800
Los Angeles, CA 90067
Phone: 310-772-2266
Fax: 310-772-2265

CERTIFICATE OF FILING

I hereby certify that on December 12, 2003, a copy of the foregoing "Plaintiff's Motion to Withdraw Complaint" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ Cynthia Malyszek