# In the United States Court of Federal Claims

**No. 03-2230C**

**(Filed December 18, 2003)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **HILL AEROSPACE & DEFENSE, LLC, ET AL,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER OF DISMISSAL

---

On December 12, 2003, Plaintiffs filed a Motion to Withdraw Complaint. This motion is **GRANTED**, and this case is **DISMISSED** without prejudice**.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**