# In the United States Court of Federal Claims

**No. 03-2230 C**

**HILL AEROSPACE & DEFENSE, LLC,**
**ET AL,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order of dismissal, filed December 18, 2003,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Acting Clerk of Court

**December 18, 2003** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.